UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

YONA SHAPOSHNIK and
PRISTINE MACHINE, LLC,

    Plaintiffs,

                                      Case No.: 2:16-CV-13945

v.

                                      Honorable Victoria A. Roberts

HP ENTERPRISE SERVICES, LLC,

    Defendant.
_____

## DEFENDANT'S PRELIMINARY FACT WITNESSES LIST

Pursuant to the Court's Scheduling Order (Dkt #23), Defendant HP Enterprise Services, LLC ("Defendant"), by and through its attorneys, provides a preliminary list of the fact witnesses who may testify at trial in this matter.

A)    <u>Known Witnesses</u>

    1.    Yona Shaposhnik

    2.    Fred P. Schwartz, Esq.

    3.    Shlomo Weiss

    4.    Josef Sofer

    5.    Sarah Shaposhnik

    6.    Ephraim Carmen

    7.    Hallel Newman

8. Bradley (Scott) Moeller

9. Scott Doner

10. Alex Leonard

11. Pam Chappell

12. Bill Stephenson

13. Linda Teglash

14. Tammy Parker

15. Chris Caswell

16. Chuck Fowler

17. Bill Sheridan

18. Corey Wick

19. Shoumen Bardhan

20. Joseph (Drew) Miller

21. Rita Lauer

22. Carol Andre

23. Rule 30(b)(6) representative for Pristine Machine, LLC

B) <u>Potential Witnesses</u>

1. Plaintiff Yona Shaposhnik's medical providers and/or custodians of records from Mr. Shaposhnik's medical providers, who can testify regarding his claimed compensatory damages and documents relating to his claimed compensatory damages (not yet disclosed).

2. Individuals with knowledge of Plaintiffs' claimed compensatory

    damages (not yet disclosed).

3. Custodian of records for the entities named or referenced in the pleadings.

4. Anyone identified by Plaintiffs or disclosed in any depositions, interrogatories, and/or written discovery in this case.

5. Any and all rebuttal and impeachment witnesses.

Defendant reserves the right to amend its preliminary list of fact witnesses as both its investigation and discovery continue.

Respectfully submitted,

Dated:  September 1, 2017      By:   /s Kelly A. Petrocelli
      Kelly A. Petrocelli (P71876)
      Drinker Biddle & Reath LLP
      191 N. Wacker Drive, Suite 3700
      Chicago, IL 60606
      Telephone:  (312) 569-1343
      kelly.petrocelli@dbr.com
      *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing has been electronically filed this 1st day of September, 2017, with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following counsel of record for Plaintiffs:

    Dean B. Watson (P59317)
    Avery N. Goldstein, Ph.D. (P54063)
    700 E. Maple Rd., Suite 450
    Birmingham, MI 48009
    watsonlawyer@gmail.com
    ag@bluefilamentlaw.com


            /s/ Kelly A. Petrocelli