# EXHIBIT L

DOCUMENTS FILED SEPARATELY UNDER SEAL